■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVERN STROUD, Appellant. [913 NYS2d 118]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered April 7, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Lindley and Sconiers, JJ.